**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELMER MARTIN SORRELL, | ) | CASE NO. CV 13-07609 JLS (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| LINDA T. McGREW, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of ELMER MARTIN SORRELL for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed as successive.

DATED: May 31, 2015

*[signature]*

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE